# Order

Michigan Supreme Court
Lansing, Michigan

September 30, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147140

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                       SC: 147140
                                       COA: 311235
                                       Wayne CC: 04-010949-FC

MARK ANTHONY HOWARD,
     Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 25, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013 _____
                                                     Clerk

s0923